# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1690
LT Case No. 16-2024-CF-11537-A

_____

STATE OF FLORIDA,

    Appellant,

    v.

AURA NIMROD BEY,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellant.

Ryan Edwards McFarland, of Kent & McFarland, Jacksonville,
for Appellee.

August 11, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____